IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE A. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-4081-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The decision of the Administrative Law Judge is reversed and the Commissioner is directed to compute and award supplemental security income disability benefits to Plaintiff with an onset date of May 21, 2004.

Dated: July 10, 2007                    PRIDGEN J. WATKINS
                                        Clerk

                                        by: /s/ des
                                        _____
                                        (By) Deputy Clerk